248

**Tyrell Davron ANDERSON, Plaintiff—Appellant,**

v.

**WARDEN; DIVISION OF CORREC- TION; Nancy L. Rouse, Warden; The State of Maryland, Defendants—Ap- pellees.**

No. 05–7959.

United States Court of Appeals, Fourth Circuit.

Submitted: March 23, 2006.

Decided: March 30, 2006.

Tyrell Davron Anderson, Appellant pro se.

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tyrell Davron Anderson appeals the dis- trict court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the rea- sons stated by the district court. *See Anderson v. Warden,* No. CA–05–2663–1– AMD (D. Md. filed Dec. 2, 2005 & entered Dec. 5, 2005). We dispense with oral ar- gument because the facts and legal conten- tions are adequately presented in the ma- terials before the court and argument would not aid the decisional process.

*AFFIRMED*